

# Case Assignment
## Standard Miscellaneous Assignment

Case number **3:19MC-26-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 6/3/2019 4:49:03 PM
Transaction ID: 18982

Request New Judge    Return